IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KENNEDY WYNNE,<br>Plaintiff,<br><br>vs.<br><br>JOHN VAILLIANTIII, in his individual capacity;<br>Defendant. | **8:25CV366**<br><br>**ORDER** |

Upon notice of settlement given to the undersigned magistrate judge by counsel for plaintiff,

**IT IS ORDERED:**

1. On or before September 10, 2026, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 11th day of August, 2026.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge